**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **All Purpose Security, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Vesta Force Security** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-3776043** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7473 W. Lake Mead Blvd., Ste. 205 Las Vegas, NV 89128**<br>Number, Street, City, State & ZIP Code | **7500 W. Lake Mead Blvd., Ste. 9 PMB 451 Las Vegas, NV 89128**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clark**<br>County | **Location of principal assets, if different from principal place of business**<br>**Las Vegas, NV**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://vestaforce.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **All Purpose Security, LLC**
    Name                                                      Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        5616

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **All Purpose Security, LLC**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **All Purpose Security, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 18, 2025**
                MM / DD / YYYY

**X** **/s/ Thomas L. Diamond**                          **Thomas L. Diamond**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Matthew C. Zirzow**                    Date  **April 18, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**    Email address    **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

## United States Bankruptcy Court
### District of Nevada

In re  **All Purpose Security, LLC**

Case No.

Debtor(s)

Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas L. Diamond**, declare under penalty of perjury that I am the sole **Manager** and Member of **All Purpose Security, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on April 17, 2025.

"Whereas, it is in the best interest of this corporation and all creditors and parties in interest to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code; and upon the advice of bankruptcy counsel;

Be It Therefore Resolved, that **Thomas L. Diamond, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas L. Diamond, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas L. Diamond, Manager** of this Corporation is authorized and directed to employ **Matthew C. Zirzow 7222**, attorney and the law firm of **Larson & Zirzow, LLC** to represent the corporation in such bankruptcy case."

Date **April 18, 2025**

Signed **/s/ Thomas L. Diamond**

**Thomas L. Diamond**
**Sole Manager and Member**

Resolution of Board of Directors
of
**All Purpose Security, LLC**


Whereas, it is in the best interest of this corporation, all creditors and parties interest to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code; and after consulting with bankruptcy counsel;

Be It Therefore Resolved, that **Thomas L. Diamond, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas L. Diamond, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas L. Diamond, Manager** of this Corporation is authorized and directed to employ the law firm of **Larson & Zirzow, LLC** to represent the corporation in such bankruptcy case.

Date **April 18, 2025**          Signed   **/s/ Thomas L. Diamond**
                                          **Sole Manager and Member**

**Fill in this information to identify the case:**

Debtor name __**All Purpose Security, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**April 18, 2025**__          X **/s/ Thomas L. Diamond**
                                              Signature of individual signing on behalf of debtor

                                              **Thomas L. Diamond**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**All Purpose Security, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ ___250,190.50_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ ___250,190.50_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __2,517,955.14_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ____3,000.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ __228,464.00_

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b                                                                      $ __2,749,419.14_

**Fill in this information to identify the case:**

Debtor name    **All Purpose Security, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase Bank, N.A.** | **Operating** | **6170** | **$14,148.70** |
| 3.2. | **JP Morgan Chase Bank, N.A.** | **Payroll** | **6188** | **$5,710.43** |
| 3.3. | **JP Morgan Chase Bank, N.A.** | **Savings** | **3006** | **$20.07** |
| 3.4. | **JP Morgan Chase Bank, N.A.** | **Savings** | **8119** | **$20,402.30** |
| 3.5. | **Wells Fargo Bank, N.A. - account controlled by Debtor's prior owner Anthony Seda; unknown whether account is still open** | | **3702** | **Unknown** |
| 3.6. | **Wells Fargo Bank, N.A. - account controlled by Debtor's prior owner Anthony Seda; unknown whether account is still open** | | **7600** | **Unknown** |

Debtor    **All Purpose Security, LLC**                                   Case number *(If known)* _____
_____
Name

|  |  |  |  |
|---|---|---|---|
| 3.7. | **Wells Fargo Bank, N.A. - account controlled by Debtor's prior owner Anthony Seda; unknown whether account is still open** | 2279 | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                    **$40,281.50**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:       125,074.00       -       0.00       = ....       **$125,074.00**
                              face amount                  doubtful or uncollectible accounts

11b. Over 90 days old:       55,335.00       -       0.00       =....       **$55,335.00**
                              face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                    **$180,409.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

Debtor    **All Purpose Security, LLC**
        Name                                                    Case number *(If known)*

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Misc. office furnishings (in storage)** | **$10,000.00** | | **$5,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. office equipment (in storage)** | **$0.00** | | **$500.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

44. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    **$5,500.00**

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    **$5,500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 Jeep Cherokee, VIN # 1C4PJMMX2ND510571** | **$0.00** | | **$24,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **All Purpose Security, LLC**                                    Case number *(If known)* _____
          Name

51.   **Total of Part 8.**                                                                    | $24,000.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites www.allpurposesecurityllc.com; and www.vestaforce.com** | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** Customer list (the Debtor's business stopped actively servicing customers several weeks prior to the Petition Date, and thus customers have presumably retained other replacement security providers by now) | $0.00 | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.   **Total of Part 10.**                                                                    | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

Debtor    **All Purpose Security, LLC**                              Case number *(If known)* _____
          Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **All Purpose Security, LLC**                                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,281.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $180,409.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $250,190.50 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $250,190.50 |

**Fill in this information to identify the case:**

Debtor name **All Purpose Security, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Ally Bank**
Creditor's Name

**Attn: Bankruptcy/Legal Dep't**
**P.O. Box 380902**
**Minneapolis, MN 55438-0902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Jeep Cherokee, VIN # 1C4PJMMX2ND510571**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$26,819.14**
Value of collateral: **$24,000.00**

---

**2.2 First Internet Bank of Indiana**
Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**8701 E. 116th Street**
**Fishers, IN 46038**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/9/2023**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**All assets.**

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$1,996,429.00**
Value of collateral: **$0.00**

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 4

Debtor  **All Purpose Security, LLC**
Name

Case number (if known) _____

**0675**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **First Internet Bank of Indiana** | **Describe debtor's property that is subject to a lien** | **$350,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All assets.** | | |

**Attn: Bankruptcy Dept/Managing Agent 8701 E. 116th Street Fishers, IN 46038**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/28/2023**

**Last 4 digits of account number**
**0683**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Mulligan Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$44,707.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All accounts.** | | |

**Attn: Bankruptcy/Legal Dep't 4715 Viewridge Ave., Suite 100 San Diego, CA 92123**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**9/6/2024**

**Last 4 digits of account number**
**3002**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Vox Funding LLC** | **Describe debtor's property that is subject to a lien** | **$100,000.00** | **$0.00** |
|---|---|---|---|---|

---

Debtor   **All Purpose Security, LLC**                                              Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's Name | **All accounts.** |
| **Attn: Bankruptcy/Legal Dep't** | |
| **100 Park Ave., 31st Floor** | |
| **New York, NY 10017** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**1/17/2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,517,955.14** |
|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AIS Portfolio Services, LLC**<br>**Attn: Ally Bank Dep't**<br>**3515 N. Santa Fe Ave., Dept. APS**<br>**Oklahoma City, OK 73118** | Line **2.1** | |
| **First Internet Bank of Indiana**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 6080**<br>**Fishers, IN 46038** | Line **2.2** | |
| **First Internet Bank of Indiana**<br>**c/o Frost Brown Todd**<br>**Attn: A.J. Webb, Esq.**<br>**301 E. Fourth St., Suite 3300**<br>**Cincinnati, OH 45202** | Line **2.2** | |
| **First Internet Bank of Indiana**<br>**P.O. Box 6080**<br>**Fishers, IN 46038** | Line **2.3** | |
| **First Internet Bank of Indiana**<br>**c/o Frost Brown Todd**<br>**Attn: A.J. Webb, Esq.**<br>**3091 E. FOurth St., Suite 3300**<br>**Cincinnati, OH 45202** | Line **2.3** | |

Debtor   **All Purpose Security, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Mulligan Funding, LLC**<br>**Attn: Bankruptcy/Legal Dep't**<br>**2710 Gateway Oaks Dr., Suite 150N**<br>**Sacramento, CA 95833** | Line __2.4__ |
| **Mulligan Funding, LLC**<br>**c/o Corporation Service Co.,**<br>**as Registered Agent**<br>**251 Little Falls Dr.**<br>**Wilmington, DE 19808** | Line __2.4__ |
| **U.S. Small Business Admin.**<br>**Attn: Office of Legal Counsel**<br>**312 N. Spring St., Fifth Floor**<br>**Los Angeles, CA 90012** | Line __2.2__ |
| **U.S. Small Business Admin.**<br>**Attn: Bankruptcy/Legal Dep't**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line __2.2__ |
| **U.S. Small Business Admin.**<br>**Attn: Bankruptcy/Legal Dep't**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line __2.3__ |
| **U.S. Small Business Admin.**<br>**Attn: Office of Legal Counsel**<br>**312 N. Spring St., Fifth Floor**<br>**Los Angeles, CA 90012** | Line __2.3__ |
| **Vox Funding, LLC**<br>**c/o The LLC**<br>**100 Park Ave., 26th Floor**<br>**New York, NY 10017** | Line __2.5__ |

---

**Fill in this information to identify the case:**

Debtor name        **All Purpose Security, LLC**

United States Bankruptcy Court for the:        DISTRICT OF NEVADA

Case number (if known)        _____

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$3,000.00** / **$3,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Corporate tax** | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Amex Bank of Canada**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 3260, Stn F**<br>**Scarborough ON  M1W 3W7**<br>**Canada** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,578.00** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loan [figure below is in CAD, not USD]** | |
| | Last 4 digits of account number  **1002** | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bank of Nova Scotia**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**#102-1811 Comox Avenue**<br>**Comox BC  V9M 7Z8**<br>**Canada** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65,441.00** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Charge account [figure below is in CAD, not USD]** | |
| | Last 4 digits of account number  **3947** | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor    **All Purpose Security, LLC**                                              Case number (if known) _____

Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |

**BDC Bank**
**BDC Special Accounts-VBC Connect**
**1133 Melville St., Stuie 1500**
**Vancouver  BC  V6EfE5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured loan [figure below is in CAD, not USD]**

Last 4 digits of account number  **0101**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,923.00 |

**Community Futures Entrep. Fund**
**Attn: Bankruptcy Dept/Managing Agent**
**760-B Island Highway**
**Campbell River, BC  V9W 2C3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured loan [figure below is in CAD, not USD]**

Last 4 digits of account number  **F028**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,846.00 |

**First Internet Bank of Indiana**
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 6080**
**Fishers, IN 46038-6080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Charge account**

Last 4 digits of account number  **1618**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,990.00 |

**Intuit Financing Inc.**
**Attn: Bankruptcy Dept/Managing Agent**
**2700 Coast Ave.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2024**

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number  **9706**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,304.00 |

**JP Morgan Chase Bank, N.A.**
**Attn: Bankruptcy Dept/ Managing Agent**
**P.O. Box 15298**
**Wilmington, DE 19886-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Charge account**

Last 4 digits of account number  **8898**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Larry Alston Jr.**
**4000 E Bonanza Rd., Apt #104**
**Las Vegas, NV 89110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wage Claim - File Number NLC-25-00265 filed with Nevada Dep't of Business & Industry, Office of the Labor Commissioner**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **All Purpose Security, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,140.00 |
|---|---|---|---|

**TD Canada Trust**
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 402**
**Scarborough, ON  M1K 5A1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Line of credit [figure below is in CAD, not USD]**

Last 4 digits of account number  **9215**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,442.00 |
|---|---|---|---|

**TD Canada Trust**
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 7100; Station F**
**Toronto, ON  M4Y 2Z9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Charge account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of Nova Scotia**<br>**P.O. Box 4234, STN A**<br>**Toronto, Ontario M5W 5P6**<br>**CANADA** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **BDC Bank**<br>**5, Place Ville Marie, Ground Floor**<br>**Montreal, Quebec H3B 2G2**<br>**CANADA** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **First Interstate Bank of Indiana**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**8701 E. 116th Street**<br>**Fishers, IN 46038** | Line **3.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Intuit, Inc.**<br>**c/o Corporation Service Co.**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **JPMorgan Chase Bank, N.A.**<br>**Mail Code LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Nevada Dep't of Business & Indus.**<br>**Office of Labor Commissioner**<br>**1818 College Pkwy., Suite 102**<br>**Carson City, NV 89706** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **QuickBooks Capital**<br>**Attn: Bankruptcy/Legal Dep't**<br>**2700 Coast Avenue**<br>**Mountain View, CA 94043-1140** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | All Purpose Security, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **TD Canada Trust**<br>**Attn: Bankrutpcy/Legal Dep't**<br>**100 Steeles Ave. W.**<br>**Thornhill, Ontario, L4J 7Y1**<br>**CANADA** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **TD Canada Trust**<br>**Attn: Customer Assistance Spec. Demands**<br>**3500 Steeles Ave. East, Tower 4, 5th Fl.**<br>**Markham, ON L3R 0X1**<br>**CANADA** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **TD Canada Trust**<br>**Attn: Customer Assistance Spec. Demands**<br>**3500 Steeles Ave. East, Tower 4, 5th Fl.**<br>**Markham, ON L3R 0X1**<br>**CANADA** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **TD Canada Trust**<br>**Attn: Bankrutpcy/Legal Dep't**<br>**100 Steeles Ave. W.**<br>**Thornhill, Ontario, L4J 7Y1**<br>**CANADA** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    3,000.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 228,464.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                    231,464.00 |

**Fill in this information to identify the case:**

Debtor name    **All Purpose Security, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Employment Agreement dated 12/28/2023** | |
| State the term remaining | |
| List the contract number of any government contract  _____ | **Anthony Seda**<br>**24 Bridge Street**<br>**Montgomery, NY 12549** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Employment Agreement dated 1/29/25** | |
| State the term remaining | |
| List the contract number of any government contract  _____ | **Larry Alston Jr.**<br>**4000 E Bonanza Rd., Apt #104**<br>**Las Vegas, NV 89110** |

**Fill in this information to identify the case:**

Debtor name        **All Purpose Security, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anthony Seda** | **24 Bridge Street** **Montgomery, NY 12549** **Guarantor** | **First Internet Bank of Indiana** | ☑ D ___ **2.2** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Anthony Seda** | **24 Bridge Street** **Montgomery, NY 12549** **Guarantor** | **First Internet Bank of Indiana** | ☑ D ___ **2.3** ☐ E/F _____ ☐ G _____ |
| 2.3 | **TAV Ventures, Inc.** | **c/o Tom Diamond, President** **49 Conch Reef** **Aliso Viejo, CA 92656** | **BDC Bank** | ☐ D _____ ☑ E/F ___ **3.3** ☐ G _____ |
| 2.4 | **TAV Ventures, Inc.** | **c/o Tom Diamdon, President** **49 Conch Reef** **Aliso Viejo, CA 92656** | **Community Futures Entrep. Fund** | ☐ D _____ ☑ E/F ___ **3.4** ☐ G _____ |

Debtor   **All Purpose Security, LLC**                              Case number *(if known)*   _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** | **Amex Bank of Canada** | ☐ D _____ <br> ■ E/F __**3.1**__ <br> ☐ G _____ |
| 2.6 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** | **First Internet Bank of Indiana** | ☐ D _____ <br> ■ E/F __**3.5**__ <br> ☐ G _____ |
| 2.7 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** | **Bank of Nova Scotia** | ☐ D _____ <br> ■ E/F __**3.2**__ <br> ☐ G _____ |
| 2.8 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** | **JP Morgan Chase Bank, N.A.** | ☐ D _____ <br> ■ E/F __**3.7**__ <br> ☐ G _____ |
| 2.9 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** | **TD Canada Trust** | ☐ D _____ <br> ■ E/F __**3.10**__ <br> ☐ G _____ |
| 2.10 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** **Co-Borrower** | **First Internet Bank of Indiana** | ■ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** **Co-Borrower** | **First Internet Bank of Indiana** | ■ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **Thomas Diamond** | **49 Conch Reef** **Aliso Viejo, CA 92656** **Guarantor** | **Mulligan Funding, LLC** | ■ D __**2.4**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **All Purpose Security, LLC**                                    Case number *(if known)* _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **Thomas Diamond**<br>**49 Conch Reef**<br>**Aliso Viejo, CA 92656**<br>**Guarantor** | **Vox Funding LLC** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name   **All Purpose Security, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF NEVADA**

Case number (if known)   _____

☐ Check if this is an amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$503,218.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,055,856.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,967,726.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

---

| Debtor | All Purpose Security, LLC | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Anthony Seda<br>c/o Janet Trost, Esq.<br>501 S. Rancho Dr., Suite H-56<br>Las Vegas, NV 89106<br>Former Member | March 2025 | $30,000.00 | Settlement payment made pursuant to Settlement Agreement and Release and to resolve litigation, Case No. A-25-910493-C |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Anthoney Seda v. All Purpose Security, LLC<br>A-25-910493-C | Breach of Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. Larry Alston Jr. wage claim<br>File Number NLC-25-00265 | Wages | Nevada Dep't of Business & Indus.<br>Office of the Labor Commissioner<br>Attn: Takia Ballard<br>1818 College Parkway, Suite 102<br>Carson City, NV 89706 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor    **All Purpose Security, LLC**                              Case number *(if known)*

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Larson & Zirzow, LLC**<br>**850 E. Bonneville Ave.**<br>**Las Vegas, NV 89101** | | **1/24/2025** | **$7,500.00** |
| | Email or website address<br>**mzirzow@lzlawnv.com** | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor    **All Purpose Security, LLC**                                          Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Anthony Seda**<br>**24 Bridge Street**<br>**Montgomery, NY 12549** | **Settlement Agreement and Mutual Release<br>- Mr. Seda received a settlement payment** | **March 2025** | **$30,000.00** |
| | Relationship to debtor<br>**Former member** | | | |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | All Purpose Security, LLC | Case number *(if known)* | |
|---|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **My Self Storage Space** <br> **9625 Gilespie Street** <br> **Las Vegas, NV 89123** | **Thomas Diamond** <br> **49 Conch Reef** <br> **Alisa Viejo, CA 92656** | **Office furniture and supplies** | ☐ No <br> ■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title <br> Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **All Purpose Security, LLC**                                              Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Triplett CPA Firm PLLC**<br>**7473 W. Lake Mead Blvd., Ste. 100**<br>**Las Vegas, NV 89128** | **2023-present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☑ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Triplett CPA Firm PLLC**<br>**7473 W. Lake Mead Blvd., Ste. 100**<br>**Las Vegas, NV 89128** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☑ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Official Form 207                          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                    page **6**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **All Purpose Security, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Thomas Diamond | 49 Conch Reef<br>Aliso Viejo, CA 92656 | Manager/President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Anthony Seda | 24 Bridge St.<br>Montgomery, NY 12549 | Member | 12/27/2023-9/7/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See attached SoFA Ex. 30** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **All Purpose Security, LLC**                                        Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 18, 2025**

**/s/ Thomas L. Diamond**                                    **Thomas L. Diamond**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re  **All Purpose Security, LLC**                                    Case No.
                                                          Debtor(s)      Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                         $          **7,500.00**

    Prior to the filing of this statement I have received                $          **7,500.00**

    Balance Due                                                          $              **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of Debtor in any adversary proceeding and any appeals.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 18, 2025**                              **/s/ Matthew C. Zirzow**
*Date*                                          **Matthew C. Zirzow 7222**
                                                *Signature of Attorney*
                                                **Larson & Zirzow, LLC**
                                                **850 E. Bonneville Ave.**
                                                **Las Vegas, NV 89101**
                                                **702-382-1170  Fax: 702-382-1169**
                                                **mzirzow@lzlawnv.com**
                                                *Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re    **All Purpose Security, LLC**                                        Case No. _____

Debtor(s)                                Chapter    **7**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 18, 2025**_____        **/s/ Thomas L. Diamond**_____

**Thomas L. Diamond**/Manager
Signer/Title

All Purpose Security, LLC
7500 W. Lake Mead Blvd., Ste. 9 PMB 451
Las Vegas, NV 89128

.

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Ally Bank
Attn: Bankruptcy/Legal Dep't
P.O. Box 380902
Minneapolis, MN 55438-0902

Anthony Seda
24 Bridge Street
Montgomery, NY 12549

BDC Bank
BDC Special Accounts-VBC Connect
1133 Melville St., Stuie 1500
Vancouver BC  V6EfE5
Canada

First Internet Bank of Indiana
Attn: Bankruptcy Dept/Managing Agent
8701 E. 116th Street
Fishers, IN 46038

First Internet Bank of Indiana
c/o Frost Brown Todd
Attn: A.J. Webb, Esq.
301 E. Fourth St., Suite 3300
Cincinnati, OH 45202

First Interstate Bank of Indiana
Attn: Bankruptcy Dept/Managing Agent
8701 E. 116th Street
Fishers, IN 46038

Intuit, Inc.
c/o Corporation Service Co.
251 Little Falls Drive
Wilmington, DE 19808

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Amex Bank of Canada
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 3260, Stn F
Scarborough ON  M1W 3W7
Canada

Bank of Nova Scotia
Attn: Bankruptcy Dept/Managing Agent
#102-1811 Comox Avenue
Comox BC  V9M 7Z8
Canada

BDC Bank
5, Place Ville Marie, Ground Floor
Montreal, Quebec H3B 2G2
CANADA

First Internet Bank of Indiana
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 6080
Fishers, IN 46038-6080

First Internet Bank of Indiana
P.O. Box 6080
Fishers, IN 46038

Hone Law
Attn: Eric Hone, Esq.
701 N. Green Valley Pkwy, #200
Henderson, NV 89074

JP Morgan Chase Bank, N.A.
Attn: Bankruptcy Dept/ Managing Agent
P.O. Box 15298
Wilmington, DE 19886-5298

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

AIS Portfolio Services, LLC
Attn: Ally Bank Dep't
3515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Anthony Seda
c/o Janet Trost, Esq.
501 S. Rancho Drive, H-56
Las Vegas, NV 89106

Bank of Nova Scotia
P.O. Box 4234, STN A
Toronto, Ontario M5W 5P6
CANADA

Community Futures Entrep. Fund
Attn: Bankruptcy Dept/Managing Age
760-B Island Highway
Campbell River, BC  V9W 2C3
Canada

First Internet Bank of Indiana
Attn: Bankruptcy Dept/Managing Age
P.O. Box 6080
Fishers, IN 46038

First Internet Bank of Indiana
c/o Frost Brown Todd
Attn: A.J. Webb, Esq.
3091 E. FOurth St., Suite 3300
Cincinnati, OH 45202

Intuit Financing Inc.
Attn: Bankruptcy Dept/Managing Age
2700 Coast Ave.
Mountain View, CA 94043

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Larry  Alston  Jr.
4000 E Bonanza Rd., Apt #104
Las Vegas, NV 89110

Mulligan  Funding,  LLC
Attn: Bankruptcy/Legal Dep't
4715 Viewridge Ave., Suite 100
San Diego, CA 92123

Mulligan  Funding,  LLC
Attn: Bankruptcy/Legal Dep't
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Mulligan  Funding,  LLC
c/o Corporation Service Co.,
as Registered Agent
251 Little Falls Dr.
Wilmington, DE 19808

Nevada  Dep't  of  Business  &  Indus.
Office of Labor Commissioner
1818 College Pkwy., Suite 102
Carson City, NV 89706

Nevada Dep't of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Suite 200
Las Vegas, NV 89119

Nevada Dep't of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr., 2nd Floor
Carson City, NV 89706

Nevada DETR
Attn: Bankruptcy Dept/Managing Agent
500 East Third Street
Carson City, NV 89713

Nevada DMV
Attn: Bankruptcy/Legal Dep't
555 Wright Way
Carson City, NV 89711

QuickBooks  Capital
Attn: Bankruptcy/Legal Dep't
2700 Coast Avenue
Mountain View, CA 94043-1140

TD Canada Trust
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 402
Scarborough, ON  M1K 5A1
Canada

TD Canada Trust
Attn: Bankruptcy Dept/Managing Age
P.O. Box 7100; Station F
Toronto, ON  M4Y 2Z9
Canada

TD Canada Trust
Attn: Bankrutpcy/Legal Dep't
100 Steeles Ave. W.
Thornhill, Ontario, L4J 7Y1
CANADA

TD Canada Trust
Attn: Customer Assistance Spec. Demands
3500 Steeles Ave. East, Tower 4, 5th Fl.
Markham, ON L3R 0X1
CANADA

U.S. Small Business Admin.
Attn: Office of Legal Counsel
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

U.S. Small Business Admin.
Attn: Bankruptcy/Legal Dep't
409 3rd St., SW
Washington, DC 20416

Vox Funding LLC
Attn: Bankruptcy/Legal Dep't
100 Park Ave., 31st Floor
New York, NY 10017

Vox Funding, LLC
c/o The LLC
100 Park Ave., 26th Floor
New York, NY 10017

# United States Bankruptcy Court
### District of Nevada

In re  **All Purpose Security, LLC**

_____
Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **All Purpose Security, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 18, 2025**
_____
Date

**/s/ Matthew C. Zirzow**
_____
**Matthew C. Zirzow 7222**
Signature of Attorney or Litigant
Counsel for   **All Purpose Security, LLC**
_____
**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax:702-382-1169**
**mzirzow@lzlawnv.com**

# A/R Aging Summary Report

## VestaForce Security
As of April 16, 2025

| CUSTOMER | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Clark County Mgmt | 836.00 | | | 1,064.00 | | 1,900.00 |
| Custom Protective Services | 864.00 | | -56.00 | | 1,495.00 | 2,303.00 |
| Flamingo Corridor | 540.00 | 420.00 | | | 210.00 | 1,170.00 |
| JC Companies | 2,880.00 | 4,480.00 | 2,240.00 | | 1,120.00 | 10,720.00 |
| Las Vegas Paving | 21,630.00 | | 273.00 | 896.00 | 14,510.50 | 37,309.50 |
| Metro One | | | | | 27,777.50 | 27,777.50 |
| Orion Security Services | | | | | 230.85 | 230.85 |
| Ovation Contracting Inc | 26,466.00 | 16,742.00 | 16,511.00 | 5,665.00 | | 65,384.00 |
| Perry Kantor | | | | | 211.76 | 211.76 |
| Platinum Contracting of Nevada LLC | 3,872.00 | 3,146.00 | 3,388.00 | | | 10,406.00 |
| PROSEGUR | | | | | 8,844.10 | 8,844.10 |
| Solana HOA | 2,033.00 | 1,216.00 | | | | 3,249.00 |
| The Calida Group | 10,076.00 | | | | 726.00 | 10,802.00 |
| Toni DiCostanzo | | | | -107.54 | | -107.54 |
| Triumph Protection Group | | | | | 209.00 | 209.00 |
| **TOTAL** | **69,197.00** | **26,004.00** | **22,356.00** | **7,517.46** | **55,334.71** | **$180,409.17** |